UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RON STEPHEN REDHEAD, et al.,

    Plaintiffs.

  v.

MERCY HOUSING, et al.,

    Defendants.

Case No. 16-cv-00941-YGR

**ORDER VACATING HEARINGS AND SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

Re: Dkt. Nos. 7, 10

On March 16, 2016, Defendants Mercy Housing and Karen Zhou ("Defendants") filed their (First) Motion to Dismiss the Complaint. (Dkt. No. 7.) On March 30, 2016, Plaintiff Ron Stephen Redhead ("Plaintiff") filed a document headed "Amended Complaint." (Dkt. No. 8.) Thereafter, on April 4, 2016, Plaintiff filed a document entitled "Amendment to the Amended Complaint." (Dkt. No. 9.) Defendants then filed a Second Motion to Dismiss addressed to the Complaint, Amended Complaint, and Amendment to the Amended Complaint, on April 13, 2016. (Dkt. No. 10.)

The hearing on the First Motion to Dismiss, currently set for April 26, 2016, is **VACATED**.

With respect to the Second Motion to Dismiss, Plaintiff Ron Stephen Redhead is directed to file his response to the Second Motion to Dismiss no later than **May 2, 2016**. Defendants shall file their reply no later than **May 9, 2016**. The hearing currently set for May 24, 2016, is **VACATED**. The Court will review the papers and the pleadings on file, and will give the parties further notice if any hearing will be necessary.

Plaintiff is cautioned that further amendment of the complaint is not permitted without an order from the Court giving him permission to do so.

**IT IS SO ORDERED.**

Dated: April 20, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge